[No. 20162-7-III. Division Three. March 19, 2002.]

DOMMIE OSWALD, ET AL., *Appellants*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 00-2-02744-8, Kathleen M. O'Conner, J.,
entered May 3, 2001. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19679-8-III. Division Three. March 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREL T. DANNER,
*Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 00-8-00401-8, Evan E. Sperline, J., entered
October 9, 2000. *Affirmed* by unpublished opinion per
Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 19874-0-III. Division Three. March 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GAIL RAYMOND
BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens
County, No. 00-1-00163-5, Rebecca M. Baker, J., entered
December 29, 2000. *Affirmed* by unpublished opinion per
Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 26109-0-II. Division Two. March 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LAMAR
DOZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 99-1-04880-8, Kitty-Ann van Doorninck, J.,
entered May 19, 2000. *Affirmed in part* and *remanded* by
unpublished opinion per Hunt, J., concurred in by
Armstrong, C.J., and Bridgewater, J.